UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DANNIE R. HAYWARD, SR. (#301013)

VERSUS

WARDEN WILLIE DOUGLAS, ET AL.

CIVIL ACTION

NO. 07-72-FJP-DLD

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that the motion to dismiss filed by Deputies Ford, Johnson, Gray, Riley, and Wilson, and the motion for clarification filed by Sidney J Gautreaux and Greg Phares shall be construed as motions to quash service and, as such, shall be granted quashing service upon all defendants except Warden Willie Douglas, Sheriff Sidney Gautreaux and former Sheriff Greg Phares.[1]

IT IS FURTHER ORDERED that the plaintiff shall be allowed an additional period of 45 days from the date the District Judge rules on this Report and Recommendation to serve the unserved defendants.

IT IS FURTHER ORDERED that this matter shall be referred back for further proceedings.

Baton Rouge, Louisiana, January 12, 2010.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. Nos. 30 and 34.

Doc#46546