UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DANNIE R. HAYWARD, SR. (#301013)

VERSUS

WARDEN WILLIE DOUGLAS, ET AL.

CIVIL ACTION

NO. 07-72-FJP-DLD

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED the motion of defendants Kyle Ford, Aaron Gray, Richard Johnson and Eugene Marbe to set aside the Clerk's entry of default shall be granted, setting aside the default entered herein on May 10, 2010.[1]

IT IS FURTHER ORDERED that this matter shall be referred back for further proceedings.

Baton Rouge, Louisiana, Aug 10, 2010.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 97.

Doc#46863