# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**DANNIE R. HAYWARD, SR. (#301013)**                    **CIVIL ACTION**

**VERSUS**

**WARDEN WILLIE DOUGLAS, ET AL.**                    **NO. 07-0072-FJP-DLD**

## O R D E R

      This matter comes before the Court on the plaintiff's Motion to Compel, rec.doc.no. 154, wherein he again requests production from the defendants of all " incident reports" and "emergency reports". This motion shall be denied for the reasons stated in the Court's Order of July 18, 2010, rec.doc.no. 107, wherein the Court concluded, in response to a similar Motion to Compel, that the plaintiff had exceeded his allowable number of requests for production without obtaining leave of Court, that the plaintiff's motion did not contain a certificate of service attesting that a copy of the motion had been sent to the opposing parties, that the motion did not contain certification that the plaintiff had, "in good faith conferred or attempted to confer with the person or party failing to make disclosure or discovery in an effort to obtain it without court action," as mandated by Rule 37(a)(1) of the Federal Rules of Civil Procedure, and that the referenced request was vague and over-broad. Accordingly,

      **IT IS ORDERED** that the plaintiff's Motion to Compel, rec.doc.no. 154, be and it is hereby **DENIED**.

      Signed in Baton Rouge, Louisiana, on March 1, 2011.

                                                      **MAGISTRATE JUDGE DOCIA L. DALBY**