UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DANNIE R. HAYWARD, SR. (#301013)

CIVIL ACTION

VERSUS

NO. 07-72-FJP-DLD

WARDEN WILLIE DOUGLAS, ET AL.

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that the plaintiff's Motions for Default Judgment[1] shall be denied, that the Clerk's Entry of Default as to defendants Jolynn Williams, Pam Porter and Carla Hawkins[2] shall be set aside, and that this matter be referred back to the Magistrate Judge for further proceedings.

Baton Rouge, Louisiana, March 16, 2011.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. Nos. 91, 105 and 112.

[2] Rec. Doc. No. 88.

Doc#47184