UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DANNIE R. HAYWARD, SR. (#301013)

VERSUS

WARDEN WILLIE DOUGLAS, ET AL.

CIVIL ACTION

NO. 07-72-FJP-DLD

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed:

IT IS ORDERED that the Motions to Dismiss of defendants Warden Willie Douglas, Sheriff Greg Phares, Sheriff Sidney Gautreaux, III, Richard Johnson, Kyle Ford, Aaron Gray, Eugene Marbe, and Dmitri Williams shall be granted, dismissing the plaintiff's claims asserted against these defendants, with prejudice, and that this matter shall be referred back for further proceedings.[1]

Baton Rouge, Louisiana, March 16, 2011.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. Nos. 92 and 139.

Doc#47182