UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DANNIE R. HAYWARD, SR. (#301013)

CIVIL ACTION

VERSUS

NO. 07-72-FJP-DLD

WARDEN WILLIE DOUGLAS, ET AL.

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that plaintiff's Motion for Summary Judgment[1] shall be denied, and that this matter be referred back for further proceedings.

Baton Rouge, Louisiana, May 25, 2011.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 143.

Doc#47184