UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DANNIE R. HAYWARD, SR. (#301013)

CIVIL ACTION

VERSUS

NO. 07-72-FJP-DLD

WARDEN WILLIE DOUGLAS, ET AL.

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that the motion of defendants Cathy Roule, Jolynn Williams, and Pam Porter to set aside entry of default[1] shall be granted, vacating and setting aside the default entered herein on April 20, 2011, and that this matter shall be referred back to the Magistrate Judge for further proceedings.

Baton Rouge, Louisiana, May 25, 2011.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 183.

Doc#47282