UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


DANNIE R. HAYWARD, SR. (#301013)

CIVIL ACTION

VERSUS

NO. 07-72-FJP-DLD

WARDEN WILLIE DOUGLAS, ET AL.

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed:

IT IS ORDERED that the plaintiff's Motions for Summary Judgment[1] shall be denied and that the Motion for Summary Judgment[2] of defendants Pam Porter, Carla Hawkins, Cathy Roule and Jolynn Williams shall be granted, dismissing the plaintiff's claims asserted against these defendants, with prejudice.

IT IS FURTHER ORDERED that the plaintiff's claims asserted against defendants Gary Wilson and R. Scott shall be dismissed pursuant to 28 U.S.C. § 1915(e) for failure of the plaintiff to state a claim upon which relief may be granted, that the Motion to Dismiss[3] of defendant Gary Wilson shall be denied as moot and this action shall be dismissed, with prejudice.

---

[1] Rec. Doc. Nos. 187 and 211.

[2] Rec. Doc. No. 214.

[3] Rec. Doc. No. 220.

Doc#47502

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, September 28, 2011.

                                         _____
                                         FRANK J. POLOZOLA
                                         MIDDLE DISTRICT OF LOUISIANA

Doc#47502